## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LORENZA FRANK THOMAS,

      *Pro se* Plaintiff,

v.                                  Case No: 8:13-cv-1564-T-30TBM

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

### ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates that *pro se* Plaintiff Lorenza Frank Thomas failed to timely file a supplemental memorandum of law pursuant to the Court's Orders entered on April 17, 2014, and April 29, 2014 (Dkt. Nos. 15, 17). The Court's April 29, 2014 Order cautioned Plaintiff that failure to file a supplemental memorandum may result in the dismissal of this case without further notice (Dkt. No. 17). Plaintiff's failure to file a supplemental memorandum and to sufficiently challenge the administrative decision leaves the Court with no option other than to dismiss this case. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of June, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Even\2013\13-cv-1564 dismissal.docx